IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SABRINA MARIE OBERHAUSER,     )
                              )
          Plaintiff,          )      4:10CV3047
                              )
     v.                       )
                              )
MICHAEL J. ASTRUE,            )      ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for extension of time (Filing No. 14).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until October 27, 2010, to respond to plaintiff's brief.

DATED this 24th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court