IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SABRINA MARIE OBERHAUSER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3047 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until November 27, 2010, to respond to plaintiff's brief.

DATED this 29th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court