IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| SABRINA MARIE OBERHAUSER, ) <br> ) <br> Plaintiff,     ) <br> ) <br> v.              ) <br> ) <br> MICHAEL J. ASTRUE,       ) <br> Commissioner of the Social ) <br> Security Administration, ) <br> ) <br> Defendant.    ) <br> _____) | 4:10CV3047 <br><br><br><br> ORDER AND JUDGMENT |

This matter is before the Court on plaintiff's application for attorney fees (Filing No. 21), and on defendant's response to plaintiff's motion for attorney fees (Filing No. 23).

IT IS ORDERED:

1)  Plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA")(Filing No. 21) is granted.

2) Plaintiff is awarded attorney fees in the amount of $2,068.38 under EAJA and costs of $350.00 from the Judgment Fund administered by the Department of the Treasury.

DATED this 24th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court